AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Michael Miller)                                                    20-940-M-1

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ramon Jimenez | ) | Case No.   20-940-M-1 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 12, 2018_____ in the county of _____Philadelphia_____ in the

_____Eastern_____ District of _____Pennsylvania_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Sec. 846, 841(b)(1)(B) | Conspiracy to distribute 40 grams or more of fentanyl |

This criminal complaint is based on these facts:

See attached Affidavit.

✔ Continued on the attached sheet.

_____
/s/ Travis W. Campbell
*Complainant's signature*

Travis W. Campbell, Special Agent-DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____06/05/2020_____

_____
/s/ ELIZABETH T. HEY
*Judge's signature*

City and state: _____Merion Station, Pennsylvania_____

Elizabeth T. Hey, U.S. Magistrate Judge
*Printed name and title*